■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY VEGA, Appellant. [662 NYS2d 267] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 26, 1991 (*People v Vega,* 175 AD2d 932), affirming a judgment of the Supreme Court, Kings County, rendered August 6, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, Miller and Thompson, JJ., concur.